| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Amina Richey** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–5908** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Georgia** <br> Court website: www.ganb.uscourts.gov | Date case filed for chapter **7  8/9/16** |
| Case number: **16–63941–pmb** | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Amina Richey | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 35 Dairyland Drive <br> Covington, GA 30016 | |
| **4. Debtor's attorney** <br> Name and address | Shannon D Sneed <br> Shannon D. Sneed & Associates PC <br> 2112 Lee Street <br> P. O. Box 1245 <br> Covington, GA 30015 <br><br> Contact phone (770) 788–0011 <br> Email:  bankruptcy@sneedlaw.net | |
| **5. Bankruptcy trustee** <br> Name and address | Janet G. Watts <br> P. O. Box 430 <br> Jonesboro, GA 30237 | Contact phone (770) 461–1320 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                    page **1**

Debtor **Amina Richey**                                                                                         Case number **16–63941–pmb**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>1340 Russell Federal Building<br>75 Ted Turner Drive SW<br>Atlanta, GA 30303 | Office Hours: 8:00 a.m. – 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 404–215–1000 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **September 12, 2016 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br><br>**Third Floor – Room 365, Russell Federal Building, 75 Ted Turner Drive SW, Atlanta, GA 30303** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/14/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **2**

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 16-63941-pmb
Amina Richey                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: amm              Page 1 of 2           Date Rcvd: Aug 10, 2016
                              Form ID: 309a          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
```
db          +Amina Richey,    35 Dairyland Drive,    Covington, GA 30016-1362
tr          +Janet G. Watts,    P. O. Box 430,    Jonesboro, GA 30237-0430
20077958   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   The Home Depot,    541 Sid Martin Rd,    Gray, TN 37615)
20077934    +Central Credit Services, LLC,    20 Corporate Hills Drive,    Saint Charles, MO 63301-3749
20077936    +Citibank,    399 Park Ave,    New York, NY 10022-4699
20077937    +City of Atlanta Municipal Court,    150 Garnett St, SW,    Atlanta, GA 30303-3612
20077946    +FORTIVA,    P.O. Box 105555,    Atlanta, GA 30348-5555
20077944    +First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89434-6695
20077949    +McCullough Payne Haan & Nadler, LLC,    271 17th Street, NW, Suite 2200,
              Atlanta, GA 30363-6213
20077950    +North America Credit Services,    2810 Walker Road,    P.O. Box 182221,
              Chattanooga, TN 37422-7221
20077951    +Professional Account Management,    633 W. Wisconsin Ave,    Milwaukee, WI 53203-1920
20077952    +Rockdale Medical Center ER Physicians,    1412 Milstead Avenue,    Conyers, GA 30012-3877
20077953    +Santander Consumer USA,    1601 Elm St, 15th Fl,    Dallas, TX 75201-4701
20077959    +Viking Client Services,    P.O. Box 44997,    Minneapolis, MN 55344-2697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: bankruptcy@sneedlaw.net Aug 10 2016 21:11:01     Shannon D Sneed,
              Shannon D. Sneed & Associates PC,    2112 Lee Street,   P. O. Box 1245,    Covington, GA   30015
tr          +EDI: FJGWATTS.COM Aug 10 2016 20:53:00      Janet G. Watts,    P. O. Box 430,
              Jonesboro, GA 30237-0430
ust         +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Aug 10 2016 21:12:17
              Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
              Atlanta, GA 30303-3315
20077932    +EDI: CINGMIDLAND.COM Aug 10 2016 20:53:00      ATT,    208 S Akard St,   Dallas, TX 75202-4295
20077931    +EDI: RMSC.COM Aug 10 2016 20:53:00      American Signature,    P.O. Box 965036,
              Orlando, FL 32896-5036
20077933    +EDI: CAPITALONE.COM Aug 10 2016 20:53:00      Capital One Bank USA,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
20077935    +EDI: CHASE.COM Aug 10 2016 20:53:00      Chase Bank Usa,    P.O. Box 15548,
              Wilmington, DE 19886-5548
20077938     EDI: WFNNB.COM Aug 10 2016 20:53:00      Comenity Bank,    P.O. Box 18279,    Columbus, OH 43218
20077939    +EDI: RCSFNBMARIN.COM Aug 10 2016 20:53:00      Credit One Bank,    P.O. Box 98873,
              Las Vegas, NV 89193-8873
20077943    +EDI: TSYS2.COM Aug 10 2016 20:53:00      DSNB/Macys,    P.O. Box 8218,   Mason, OH 45040-8218
20077940    +EDI: NAVIENTFKASMDOE.COM Aug 10 2016 20:53:00      Dept Of ED/NAVIENT,    P.O. Box 9635,
              Wilkes Barre, PA 18773-9635
20077941    +EDI: NAVIENTFKASMDOE.COM Aug 10 2016 20:53:00      Dept Of Education/NAVIENT,    P.O. Box 9635,
              Wilkes Barre, PA 18773-9635
20077942    +EDI: DCI.COM Aug 10 2016 20:53:00      Diversified Consultants,    P.O. Box 551268,
              Jacksonville, FL 32255-1268
20077942    +E-mail/Text: bankruptcynotices@dcicollect.com Aug 10 2016 21:13:14     Diversified Consultants,
              P.O. Box 551268,    Jacksonville, FL 32255-1268
20077945    +EDI: AMINFOFP.COM Aug 10 2016 20:53:00      First Premier Bank,    3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
20077947    +EDI: CBSKOHLS.COM Aug 10 2016 20:53:00      KOHL'S,    P.O. Box 2983,   Milwaukee, WI 53201-2983
20077954    +EDI: DRIV.COM Aug 10 2016 20:53:00      Santander Consumer USA,    5201 Rufe Snow Dr.,
              North Richland Hills, TX 76180-6036
20077955    +E-mail/Text: ebnsterling@weltman.com Aug 10 2016 21:12:15
              Sterling Jewelers Inc/dba/Kay Jewelers,    P.O. Box 740425,    Cincinnati, OH 45274-0425
20077957    +EDI: WTRRNBANK.COM Aug 10 2016 20:53:00      TD Bank USA,    P.O. Box 673,
              Minneapolis, MN 55440-0673
20077956    +EDI: WTRRNBANK.COM Aug 10 2016 20:53:00      Target,    3901 West 53rd St,
              Sioux Falls, SD 57106-4221
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20077948     ##+LVNV Funding LLC,    P.O. Box 3038,    Evansville, IN 47730-3038
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113E-9          User: amm                    Page 2 of 2                   Date Rcvd: Aug 10, 2016
                              Form ID: 309a                Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              Janet G. Watts     janet3870@att.net,   GA35@ecfcbis.com;jgw@trustesolutions.net
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Debtor Amina  Richey bankruptcy@sneedlaw.net
                                                                                      TOTAL: 3
```