DEKALB COUNTY BOARD OF EDUCATION * STONE MOUNTAIN, GEORGIA 30083

| CURRENT EARNINGS | | TAXES / RETIREMENT | | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | CURRENT | CALENDAR YTD | DESCRIPTION | CURRENT | CALENDAR YTD |
| BASE PAY | 1,797.96 | FED TAX  S007<br>Medicare Tax<br>STATE TAX H003<br>**TRS | 17.44<br>22.59<br>50.16<br>107.88 | 252.24<br>258.44<br>587.96<br>1,186.68 | | | |
| | | OTHER DEDUCTIONS | | | | | |
| REDUCTIONS | | DESCRIPTION | CURRENT | CALENDAR YTD | | | |
| **TRS<br>*FLEX PLAN | 107.88<br>240.05 | * BCBSHMO-EC CER<br>* DNTL PPOSELP-EC<br>* VIS SEL-EC<br>STD 7Day Wait<br>* Opt Life PreTax<br>Opt Life Child<br>* AD&D<br>LGL PREM-F | 240.05<br>.00<br>.00<br>.00<br>.00<br>.00<br>.00<br>.00 | 1,440.30<br>431.20<br>49.60<br>111.45<br>99.35<br>10.90<br>16.30<br>51.50 | | | |
| REPORTED as of 05/31/16 | | | | | | | |
| Sick Leave Hours | 42.000 | | | | | | |
| TOTAL EARNINGS | CURRENT | | 1,797.96 | CAL. YTD | 19,777.56 | TOTAL *FBR | 240.05 | 2,036.75 |
| TAXABLE EARN | 1,450.03 | BOARD TSA | | TOTAL DEDUCT. | | 90.19 | NET PAY | 1,359.84 |
| SCHOOL / DEPT. | 340 | EMPLOYEE # | 20155076 | DATE | 06/15/2016 | DEPOSIT # | 003010474 |

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

PAYROLL ACCOUNT

DEPOSIT   $**1,359*DOLLARS AND *84*CENTS

IN THE      Amina Richey
ACCOUNT  35 Dairyland Drive
OF            Covington GA 30016

DEPOSIT NO. 003010474


06/15/2016

$1,359.84

**NON-NEGOTIABLE
DIRECT DEPOSIT**

THE NET AMOUNT OF YOUR PAY HAS BEEN DEPOSITED DIRECTLY INTO YOUR BANK/ACCOUNT NUMBER:
Chase                                                           /                    , AS YOU REQUESTED.

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

ATTN: FINANCE DIVISION
003010474

340

Amina Richey
35 Dairyland Drive
Covington GA 30016

DEKALB COUNTY BOARD OF EDUCATION * STONE MOUNTAIN, GEORGIA 30083

| CURRENT EARNINGS | | TAXES / RETIREMENT | | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | CURRENT | CALENDAR YTD | DESCRIPTION | CURRENT | CALENDAR YTD |
| BASE PAY | 1,797.96 | FED TAX S008<br>Medicare Tax<br>STATE TAX H003<br>**TRS | 12.64<br>24.58<br>57.40<br>107.88 | 264.88<br>283.02<br>645.36<br>1,294.56 | | | |
| | | OTHER DEDUCTIONS | | | | | |
| REDUCTIONS | | DESCRIPTION | CURRENT | CALENDAR YTD | | | |
| **TRS<br>*FLEX PLAN | 107.88<br>119.29 | * DNTL PPOSELP-EC<br>* VIS SEL-EC<br>STD 7Day Wait<br>* Opt Life PreTax<br>Opt Life Child<br>* AD&D<br>LGL PREM-F<br>* BCBSHMO-EC CER | 86.24<br>9.92<br>22.29<br>19.87<br>2.18<br>3.26<br>10.30<br>.00 | 517.44<br>59.52<br>133.74<br>119.22<br>13.08<br>19.56<br>61.80<br>1,440.30 | | | |
| REPORTED as of 06/15/16 | | | | | | | |
| Sick Leave Hours | 42.000 | | | | | | |
| TOTAL EARNINGS | CURRENT | | 1,797.96 | CAL. YTD | 21,575.52 | TOTAL *FBR | 119.29 | 2,156.04 |
| TAXABLE EARN | 1,570.79 | BOARD TSA | | TOTAL DEDUCT. | | 129.39 | NET PAY | 1,441.40 |
| SCHOOL / DEPT. | 340 | EMPLOYEE # | 20155076 | DATE | 06/30/2016 | DEPOSIT # | 003024543 |

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

PAYROLL ACCOUNT

DEPOSIT   $**1,441*DOLLARS AND *40*CENTS

IN THE     Amina Richey
ACCOUNT    35 Dairyland Drive
OF         Covington GA 30016

DEPOSIT NO. 003024543

06/30/2016

$1,441.40

**NON-NEGOTIABLE
DIRECT DEPOSIT**

THE NET AMOUNT OF YOUR PAY HAS BEEN DEPOSITED DIRECTLY INTO YOUR BANK/ACCOUNT NUMBER:
Chase                                            /                    , AS YOU REQUESTED.

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

ATTN: FINANCE DIVISION
003024543

340

Amina Richey
35 Dairyland Drive
Covington GA 30016

DEKALB COUNTY BOARD OF EDUCATION * STONE MOUNTAIN, GEORGIA 30083

| CURRENT EARNINGS | | TAXES / RETIREMENT | | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | CURRENT | CALENDAR YTD | DESCRIPTION | CURRENT | CALENDAR YTD |
| BASE PAY | 1,797.95 | FED TAX S008 | 212.54 | 477.42 | | | |
| Xtra, TI FY16 | 1,540.00 | Medicare Tax | 44.92 | 327.94 | | | |
| | | STATE TAX H003 | 142.56 | 787.92 | | | |
| | | **TRS | 107.88 | 1,402.44 | | | |
| | | OTHER DEDUCTIONS | | | | | |
| REDUCTIONS | | DESCRIPTION | CURRENT | CALENDAR YTD | | | |
| **TRS | 107.88 | * BCBSHMO-EC CER | 240.05 | 1,680.35 | | | |
| *FLEX PLAN | 240.05 | * DNTL PPOSELP-EC | .00 | 517.44 | | | |
| | | * VIS SEL-EC | .00 | 59.52 | | | |
| | | STD 7Day Wait | .00 | 133.74 | | | |
| | | * Opt Life PreTax | .00 | 119.22 | | | |
| | | Opt Life Child | .00 | 13.08 | | | |
| | | * AD&D | .00 | 19.56 | | | |
| | | LGL PREM-F | .00 | 61.80 | | | |
| REPORTED as of 06/30/16 | | | | | | | |
| Sick Leave Hours | 42.000 | | | | | | |
| TOTAL EARNINGS | CURRENT | | 3,337.95 | CAL. YTD | 24,913.47 | TOTAL *FBR | 240.05 | 2,396.09 |
| TAXABLE EARN | 2,990.02 | BOARD TSA | | TOTAL DEDUCT. | | 400.02 | NET PAY | 2,590.00 |
| SCHOOL / DEPT. | 340 | EMPLOYEE # | 20155076 | DATE | 07/15/2016 | DEPOSIT # | 003037736 |

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

PAYROLL ACCOUNT

DEPOSIT   $**2,590*DOLLARS AND *00*CENTS

IN THE      Amina Richey
ACCOUNT  35 Dairyland Drive
OF            Covington GA 30016

DEPOSIT NO. 003037736

07/15/2016

$2,590.00

**NON-NEGOTIABLE DIRECT DEPOSIT**

THE NET AMOUNT OF YOUR PAY HAS BEEN DEPOSITED DIRECTLY INTO YOUR BANK/ACCOUNT NUMBER:
Chase                                                                /                    , AS YOU REQUESTED.

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

ATTN: FINANCE DIVISION
003037736

340

Amina Richey
35 Dairyland Drive
Covington GA 30016

DEKALB COUNTY BOARD OF EDUCATION * STONE MOUNTAIN, GEORGIA 30083

| CURRENT EARNINGS | | TAXES / RETIREMENT | | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | CURRENT | CALENDAR YTD | DESCRIPTION | CURRENT | CALENDAR YTD |
| BASE PAY | 1,797.95 | FED TAX S008 | 12.64 | 490.06 | | | |
| | | Medicare Tax | 24.58 | 358.32 | | | |
| | | STATE TAX H003 | 57.40 | 845.32 | | | |
| | | **TRS | 107.88 | 1,510.32 | | | |

| | | OTHER DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|
| REDUCTIONS | | DESCRIPTION | CURRENT | CALENDAR YTD | | | |
| **TRS | 107.88 | * DNTL PPOSELP-EC | 86.24 | 603.68 | | | |
| *FLEX PLAN | 119.29 | * VIS SEL-EC | 9.92 | 69.44 | | | |
| | | STD 7Day Wait | 22.29 | 156.03 | | | |
| | | * Opt Life PreTax | 19.87 | 139.09 | | | |
| | | Opt Life Child | 2.18 | 15.26 | | | |
| | | * AD&D | 3.26 | 22.82 | | | |
| | | LGL PREM-F | 10.30 | 72.10 | | | |
| REPORTED as of 07/15/16 | | * BCBSHMO-EC CER | .00 | 1,680.35 | | | |
| Sick Leave Hours | 42.000 | | | | | | |

| TOTAL EARNINGS | CURRENT | | 1,797.95 | CAL. YTD | 27,111.42 | TOTAL *FBR | 119.29 | 2,515.38 |
|---|---|---|---|---|---|---|---|---|
| TAXABLE EARN | 1,570.78 | BOARD TSA | | | TOTAL DEDUCT. | 129.39 | NET PAY | 1,441.39 |
| SCHOOL / DEPT. | 340 | EMPLOYEE # | 20155076 | DATE | 07/29/2016 | DEPOSIT # | 003052209 | |

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

PAYROLL ACCOUNT

DEPOSIT   $**1,441*DOLLARS AND *39*CENTS

IN THE    Amina Richey
ACCOUNT   35 Dairyland Drive
OF        Covington GA 30016

DEPOSIT NO. 003052209

07/29/2016

$1,441.39

NON-NEGOTIABLE
DIRECT DEPOSIT

THE NET AMOUNT OF YOUR PAY HAS BEEN DEPOSITED DIRECTLY INTO YOUR BANK/ACCOUNT NUMBER:
Chase       /         , AS YOU REQUESTED.

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

ATTN: FINANCE DIVISION
003052209

340

Amina Richey
35 Dairyland Drive
Covington GA 30016

DEKALB COUNTY BOARD OF EDUCATION * STONE MOUNTAIN, GEORGIA 30083

| CURRENT EARNINGS | | TAXES / RETIREMENT | | | OTHER DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | AMOUNT | DESCRIPTION | CURRENT | CALENDAR YTD | DESCRIPTION | CURRENT | CALENDAR YTD |
| BASE PAY | 1,797.95 | FED TAX  S008 | .56 | 490.62 | | | |
| | | Medicare Tax | 22.59 | 380.91 | | | |
| | | STATE TAX H003 | 50.16 | 895.48 | | | |
| | | **TRS | 107.88 | 1,618.20 | | | |
| | | OTHER DEDUCTIONS | | | | | |
| | | DESCRIPTION | CURRENT | CALENDAR YTD | | | |
| | | * BCBSHMO-EC CER | 240.05 | 1,920.40 | | | |
| | | * DNTL PPOSELP-EC | .00 | 603.68 | | | |
| REDUCTIONS | | * VIS SEL-EC | .00 | 69.44 | | | |
| | | STD 7Day Wait | .00 | 156.03 | | | |
| **TRS | 107.88 | * Opt Life PreTax | .00 | 139.09 | | | |
| *FLEX PLAN | 240.05 | Opt Life Child | .00 | 15.26 | | | |
| | | * AD&D | .00 | 22.82 | | | |
| | | LGL PREM-F | .00 | 72.10 | | | |
| REPORTED as of 07/29/16 | | | | | | | |
| Sick Leave Hours | 42.000 | | | | | | |
| TOTAL EARNINGS | CURRENT | 1,797.95 | CAL. YTD | 28,909.37 | TOTAL *FBR | 240.05 | 2,755.43 |
| TAXABLE EARN | 1,450.02 | BOARD TSA | | TOTAL DEDUCT. | 73.31 | NET PAY | 1,376.71 |
| SCHOOL / DEPT. | 340 | EMPLOYEE # | 20155076 | DATE | 08/12/2016 | DEPOSIT # | 003065292 |

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

PAYROLL ACCOUNT

DEPOSIT    $**1,376*DOLLARS AND *71*CENTS

IN THE       Amina Richey
ACCOUNT   35 Dairyland Drive
OF             Covington GA 30016

DEPOSIT NO. 003065292

DATE
08/12/2016

$1,376.71

**NON-NEGOTIABLE
DIRECT DEPOSIT**

THE NET AMOUNT OF YOUR PAY HAS BEEN DEPOSITED DIRECTLY INTO YOUR BANK/ACCOUNT NUMBER:
Chase                                                    /                       , AS YOU REQUESTED.

**DeKalb County Board of Education**
1701 MOUNTAIN INDUSTRIAL BLVD.
STONE MOUNTAIN, GEORGIA 30083

ATTN: FINANCE DIVISION
003065292

340

Amina Richey
35 Dairyland Drive
Covington GA 30016