Certificate Number: 15317-GAN-DE-028062605

Bankruptcy Case Number: 16-63941



15317-GAN-DE-028062605

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2016, at 6:37 o'clock PM PDT, Amina Richey completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   September 14, 2016                By:    /s/Eunice Francia

                                          Name:  Eunice Francia

                                          Title: Counselor